# UNITED STATES DISTRICT COURT
# DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **REBECCA CRUTCHER**, | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:22-cv-00761 |
| **TENNESSEE CLOSET COMPANY, LLC;** | ) District Judge Richardson |
| **EDWARD ADAM FLOYD**, | ) Magistrate Judge Frensley |
| **Defendant.** | ) |

## ORDER

Having considered the parties' Joint Motion Stay ("Motion"), and for good cause shown, the Court GRANTS the Motion and ORDERS the following:

1. All proceedings in the above-caption action, as well as all deadlines set in the Court's November 29, 2022, Scheduling Order, are stayed pending the parties' November 2, 2023, mediation.

2. The parties shall file a joint report within seven (7) days of the mediation's conclusion apprising the Court of the status of their efforts to resolve the case through mediation ("Joint Status Report").

3. If the parties are unable to resolve their dispute through mediation, they shall file a joint proposed modified scheduling order ("Modified Scheduling Order") within seven (7) days of the Joint Status Report extending the remaining deadlines in the original Scheduling Order sixty (60) days.

4. The extended deadlines in the Modified Scheduling Order will be as follows:

   - November 28, 2023 – Non-Expert Discovery;

-7-

FIRM: 68523.92 Case 3:22-cv-00761    Document 25    Filed 09/22/23    Page 1 of 2 PageID #: 108

- December 11, 2023 – Joint ADR Report;

- December 12, 2023 – Discovery Motions;

- December 19, 2023 – Expert Depositions; and

- January 9, 2024 – Dispositive Motions.

SO ORDERED, this 21st day of September, 2023.

_____
JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE